BYSON v. McPHERSON.

1. **Removal of Causes to Federal Courts:** CONTROVERTING PETI-
    TION. The facts stated as grounds for removal, in a petition for the
    removal of a cause to the federal court, cannot be controverted in
    determining the question of removal. (*Van Horn v. Litchfield*, 70 Iowa,
    11, followed.)

*Appeal from Kossuth District Court.*

WEDNESDAY, MARCH 16.

ACTION to recover forty acres of land in Kossuth county.
The defendant filed a petition for a removal of the case to.
the circuit court of the United States, and the petition was
denied. From the order denying the petition the defendant
appeals.

*Geo. E. Clarke,* for appellant.

*R. J. Danson* and *J. C. Cook,* for appellee.

ADAMS, CH. J.—The defendant filed-an answer setting up
a defense under certain grants of congress. His application
for a removal was based upon the allegation that the contro-
versy involves the title to the real estate described, and that
the question necessary to the determination of the cause is
one arising under the laws of the United States, and involves
a construction of the grants and laws of the United States,
and that the real estate exceeds in value the sum of
$500. The plaintiff filed an affidavit to the effect that
the value of the property was less than $500. The
court overruled the petition for a removal, and retained
and tried the case, and rendered a decree for the plaintiff.
The defendant insists that the facts stated in the petition for
removal, as a ground of removal, cannot be controverted in
determining the question of removal, and we have to say
that we think that he must be sustained. *Van Horn v.
Litchfield,* 70 Iowa, 11.

REVERSED.